ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

OCT - 7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                      ) Chapter 13
                                            )
DAVID GM TURNER                             ) Case No. 08-52658 SLJ
                                            )
                                            ) **NOTICE OF UNCLAIMED DIVIDEND**
                                            )
                Debtor                      )
                                            )
_____)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499170 for an unclaimed dividend in the amount of $0.23. The name and address of the claimant entitled to the unclaimed dividend is as follows;

DAVID GM TURNER
116 STRATHMORE PL
LOS GATOS, CA 95032

Dated: October 04, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE